IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR354 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BLAKELY AMANDA PETTIGREW,** | ) | |
| | ) | |
| Defendant. | ) | |

    A detention hearing is scheduled before the undersigned magistrate judge at **2:30 p.m. on November 1, 2005**, in Courtroom No. 6, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    This being a criminal case, defendant must be present unless otherwise ordered by the court.

    DATED this 25th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge