IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR354 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BLAKELY AMANDA PETTIGREW, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the Court on the Defendant's unopposed motion (Filing No. 104).

IT IS ORDERED:

1.    The Defendant's motion (Filing No. 104) shall be sealed; and

2.    The Defendant's motion (Filing No. 104) is denied.

DATED this 23rd day of August, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge